IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DAVID SULLIVAN,<br><br>　　　　　　Defendant. | 4:21CB3000<br><br>VIOLATION NOTICES: 9626255 and 9626256<br><br>ORDER |

Upon motion of the government, this matter shall be continued to April 1, 2021 at 8:30 a.m.

IT IS SO ORDERED this 3rd day of February, 2021.

_____
CHERYL R. ZWART
United States Magistrate Judge